FILED

2013 OCT 18  AM 9:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MEDLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHLEEN HUSTON, et al.,<br><br>　　　　Defendants. | Case No. EDCV 13-1743-UA (DUTYx)<br><br>ORDER RE: SUMMARY REMAND<br>DUE TO IMPROPER REMOVAL |

On September 25, 2013, Kathleen Huston lodged a Notice of Removal and an application to proceed *in forma pauperis*. Plaintiffs brought suit in a straight-forward unlawful detainer action in the Riverside County Superior Court. The Court has denied the aforementioned application under separate cover because this action was not properly removed. As a result, the Court issues this Order to remand the action to state court.

Plaintiffs could not have brought this action in federal court based on federal question jurisdiction because the underlying matter is a straight-forward unlawful detainer action. 28 U.S.C. §§ 1331, 1441(a). Further, assuming a claim of diversity jurisdiction was to be asserted as a basis for removal, the Court notes that the amount in controversy in the state court action does not exceed $75,000, excluding interest and

1

1 | costs. 28 U.S.C. §§ 1332(a), 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Riverside County, 3255 E. Tahquitz Canyon Way, Palm Springs, California 92262, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: 10/15, 2013

_____
HONORABLE GEORGE H. KING
Chief United States District Judge

Presented by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge